AO 120 (Rev. 3/2004)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Western District of Michigan___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>1:10-cv-13 | DATE FILED<br>1/07/10 | U.S. DISTRICT COURT<br>Western District of Michigan - at Grand Rapids |
|---|---|---|
| PLAINTIFF<br>Leco Corporation | | DEFENDANT<br>Clemex Technologies, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,996,264 B2 | 2/07/06 | Leco Corporation |
| 2 | 7,139,422 B2 | 11/21/06 | Leco Corporation |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>TRACEY CORDES | (BY) DEPUTY CLERK<br>By /s/ bd | DATE<br>1/11/10 |
|---|---|---|

-Continued on Page 2-

AO 120 (Continuation Page - MIWD 1/08)

| DOCKET NO. | 1:10-cv-13 |
|---|---|

DECISION/JUDGMENT CONTINUED