UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LECO CORPORATION,

        Plaintiff,

v.

        Case No. 1:10-cv-13

        HONORABLE PAUL L. MALONEY

CLEMEX TECHNOLOGIES, INC.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Clemex Technologies, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Clemex Technologies, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 10, 2010                  /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge